In the Matter of the Estate of Louis A. Cohn, Deceased. Bessie Rothman, as Administratrix of the Estate of Bertie Cohn, Deceased, Respondent; Nathan Berk, Appellant.

Submitted November 12, 1947; decided January 8, 1948.

*Homer I. Harris* for appellant.

*Herman S. Bachrach, Clarence G. Bachrach* and *Joseph W. Gottlieb* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.